UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPN, INC.,

                      Plaintiff,

- vs -

QUIKSILVER, INC.,

                      Defendant.

CIVIL NO.:

08 Civ 4222 (CM)
ECF CASE



# RULE 7.1 STATEMENT BY ESPN, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ESPN, Inc., a nongovernmental corporate party, certifies that each of the following is a corporate parent or a publicly held corporation that owns more than 10% of the stock of ESPN, Inc.

- Hearst Brazil, Inc.
- The Hearst Corporation
- ESPN Holding Company, Inc.
- ABC Holding Company, Inc.
- ABC, Inc.
- ABC Enterprises, Inc.
- Disney Enterprises, Inc.
- The Walt Disney Company

11004902.1

Dated: New York, New York
May 2, 2008

NIXON PEABODY LLP

By: _____

Frank W. Ryan (FR 0618)
Tamar Y. Duvdevani (TD 7603)
437 Madison Avenue
New York, New York  10023
(212) 940-3000

Attorneys for Plaintiff
ESPN, Inc.

11004902.1