McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC., Plaintiff, -against- QUIKSILVER, INC., Defendant. | CIVIL NO. 08-CV-04222 (CM) (MHD) STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

WHEREAS, Plaintiff ESPN, Inc. ("Plaintiff") filed its Complaint in this action on May 2, 2008, and

WHEREAS, Defendant Quiksilver, Inc. ("Defendant") was properly served with the Complaint on May 2, 2008, and

WHEREAS, Defendant's response to the Complaint is currently due on May 22, 2008, and

WHEREAS, Defendant has requested, and Plaintiff consents to, an extension of time of twenty-five days to respond to the Complaint, and

WHEREAS, the parties have not previously agreed to or extended the time for responding to the Complaint.

///

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/19/08

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Defendant shall have an extension of time through and including June 16, 2008, to answer or otherwise respond to the Complaint.

Dated: May 16, 2008

LATHAM & WATKINS LLP

By [signature]
Kenneth Conboy (KC 1154)
Jaron R. Shipp (JS 6365)
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Defendant
Quiksilver, Inc.

Dated: May 16, 2008

NIXON PEABODY LLP

By ____________________
Frank W. Ryan (FR 0618)
Tamar Y. Duvdevani (TD 7603)
885 Third Avenue, Suite 1000
New York, New York 10023
(212) 940-3000

Attorneys for Plaintiff
ESPN, Inc.

ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Defendant Quiksilver, Inc. has through and including June 16, 2008, to answer or otherwise respond to Plaintiff's Complaint.

Dated: May __, 2008

______________________________
Colleen McMahon
United States District Court Judge

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Defendant shall have an extension of time through and including June 16, 2008, to answer or otherwise respond to the Complaint.

Dated: May 16, 2008

LATHAM & WATKINS LLP

By ______________________
Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Defendant
Quiksilver, Inc.

* See second page for signature

Dated: May 16, 2008

NIXON PEABODY LLP

By ______________________
Frank W. Ryan (FR 0618)
Tamar Y. Duvdevani (TD 7603)
885 Third Avenue, Suite 1000
New York, New York 10023
(212) 940-3000

Attorneys for Plaintiff
ESPN, Inc.

ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Defendant Quiksilver, Inc. has through and including June 16, 2008, to answer or otherwise respond to Plaintiff's Complaint.

Dated: May 19, 2008

______________________
Colleen McMahon
United States District Court Judge