UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC., <br><br>                                   Plaintiff, <br> -against- <br><br> QUIKSILVER, INC., <br><br>                                 Defendant. | CIVIL NO. 08-CV-04222 (CM) (MHD) <br><br> **NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Quiksilver, Inc., in the above-captioned action:

       Jaron R. Shipp (JS 6365)
       Latham & Watkins LLP
       885 Third Avenue
       New York, New York 10022
       Telephone: (212) 906-1200
       Facsimile:  (212) 751-4864

Dated: May 23, 2008
       New York, New York               LATHAM & WATKINS LLP

                                                By:   /s/ Jaron R. Shipp
                                                     Jaron R. Shipp (JS 6365)
                                                     885 Third Avenue, Suite 1000
                                                     New York, New York  10022
                                                     Telephone: (212) 906-1200
                                                     Facsimile: (212) 751-4864

                                                     Attorneys for Defendant,
                                                     Quiksilver, Inc.