UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC.,<br><br>        Plaintiff,<br> v.<br><br>QUIKSILVER, INC.,<br><br>        Defendant. | 08 Civ. 04222 (CM) (MHD)<br><br>**DEFENDANT QUIKSILVER, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Quiksilver, Inc. ("Quiksilver") states that it is a publicly traded company and has no parent corporation. Quiksilver further states that there are no publicly traded companies that own 10% or more of its stock.

Dated:  May 23, 2008      LATHAM & WATKINS LLP


                 By: /s/ Jaron R. Shipp
                     Kenneth Conboy (KC 1154)
                     Jaron R. Shipp (JS 6365)
                     885 Third Avenue, Suite 1000
                     New York, New York 10022
                     (212) 906-1200

                     Attorneys for Defendant
                     Quiksilver, Inc.