UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPN, INC.,

          Plaintiff,

v.

QUIKSILVER, INC.,

          Defendant.

08 Civ. 4222 (CM) (MHD)

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

      This matter having been brought before the Court by motion to admit Jennifer L. Barry *pro hac vice* to appear and participate as counsel for Defendant Quiksilver, Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which she is admitted to practice law, and there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; it is

      ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Jennifer L. Barry of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Quiksilver, Inc. in these proceedings.

Dated: June 3rd, 2008

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08