UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIKSILVER, INC., <br><br> Defendant. | 08 Civ. 4222 (CM) (MHD) <br><br> **ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE** |

This matter having been brought before the Court by motion to admit Mark A. Finkelstein *pro hac vice* to appear and participate as counsel for Defendant Quiksilver, Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Mark A. Finkelstein of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Quiksilver, Inc. in these proceedings.

Dated: June 3rd, 2008

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08