UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC.,<br><br>                                    Plaintiff,<br><br>          v.<br><br>QUIKSILVER, INC.,<br><br>                                    Defendant. | 08 Civ. 4222 (CM) (MHD)<br>ECF Case<br><br><br>**DEFENDANT AND COUNTERCLAIMANT QUIKSILVER, INC.'S NOTICE OF MOTION AND MOTION FOR TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)** |
| QUIKSILVER, INC.,<br><br>                                    Counterclaimant,<br><br>          v.<br><br>ESPN, INC.,<br><br>                                    Counterdefendant. | |

        PLEASE TAKE NOTICE THAT defendant and counterclaimant Quiksilver, Inc.

("Quiksilver") will, and hereby does, move this Court for an order transferring the above-

captioned case to the Central District of California pursuant to 28 U.S.C. § 1404(a).  This Motion

is made on the grounds that 1) this action could have been brought in the Central District of

California because Quiksilver is headquartered in that District, and Plaintiff ESPN, Inc.

maintains a west coast headquarters there, and 2) transfer is appropriate based on the

convenience of the witnesses and parties, as well as the interests of justice.

        Pursuant to Local Civil Rule 6.1(c), no hearing has been set for this Motion unless

the Court so orders.  Pursuant to this Court's Chamber Rule 2(E), oral argument may be

requested by letter by either party at the time of filing of opposition or reply papers.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b), and this Court's Chamber Rule 2(D), any papers in opposition to this Motion shall be filed and served within ten (10) business days after service of this Motion.

Dated: Costa Mesa, California

June 16, 2008                           LATHAM & WATKINS LLP

By:    /s/ Mark A. Finkelstein
Kenneth Conboy (KC 1154)
Jaron R. Shipp (JS 6365)
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200
kenneth.conboy@lw.com
jaron.shipp@lw.com

Mark A. Finkelstein (MF 1040)
650 Town Center Drive, Suite 2000
Costa Mesa, California 92626
(714) 540-1235
mark.finkelstein@lw.com
Admitted *pro hac vice*

Jennifer L. Barry (JB 0245)
600 West Broadway, Suite 1800
San Diego, California 92101
(619) 236-1234
jennifer.barry@lw.com
Admitted *pro hac vice*

Attorneys for Defendant
and Counterclaimant
*Quiksilver, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System.

I further certify that on this same date, I caused the attached document to be hand delivered as a Chambers Copy to:

Hon. Colleen McMahon
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 640
New York, NY 10007

I further certify that on this same date, I caused the attached document to be sent via email and overnight delivery to:

Frank Ryan
Tamar Y. Duvdevani
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
FRyan@nixonpeabody.com
tduvdevani@nixonpeabody.com

_/s/ Mark A. Finkelstein_
Mark A. Finkelstein