UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> QUIKSILVER, INC., <br><br> Defendant. <br><br> QUIKSILVER, INC., <br><br> Counterclaimant, <br><br> - vs - <br><br> ESPN, INC., <br><br> Counterdefendant. | CIVIL NO.: 08 Civ. 4222 (CM) (MHD) <br><br> **DECLARATION OF MATT GIZZI** |

## DECLARATION OF MATT GIZZI

MATT GIZZI declares under penalty of perjury that the following is true and correct:

1. I am the Senior Manager of Event Marketing for ESPN, Inc. ("ESPN"), and I submit this Declaration in opposition to Quiksilver, Inc.'s ("Quiksilver") motion to transfer this case to California.

2. I have been an employee of ESPN since 2001 and work in ESPN's offices at 77 West 66th Street in New York. I handle various event marketing matters for ESPN, including those matters pertaining to the X Games.

3. When a company like Quiksilver sponsors an X Games event, it is my job to ensure

that whatever deal points the sponsor negotiated with ESPN sales staff are actualized. For example, I ensure that an X Games sponsor who is promised a certain amount of signage at an event and/or a booth to promote its merchandise in a desirable location at the event does indeed receive those items.

4. In 2004 and 2005, along with Kathleen Sullivan at my office, I dealt with Roger Russell at Quiksilver, and Pam Zam at DC Shoes, one of Quiksilver's brands, on the 2005 Winter X Games in Aspen, Colorado.

5. During this period, I had frequent e-mail and telephone contact with Roger and Pam, who were both aware that Kathleen and I worked in New York City. Attached as Exhibit A are e-mails between me, Kathleen, Roger, and Pam, including one where I asked Pam to fax the proof for the DC Shoes logo to my attention at (212) 456-6774.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June, 2008.

MATT GIZZI

06/26/2008 11:02 FAX 212 916 9790                H.R. PAX                    ⌀001/001
Case 1:08-cv-04223-GM-MHD    Document 22-2    Filed 06/30/2008    Page 1 of 6

Re: Winter X 05 Deadlines                                                                          Page 1

**Gizzi, Matt**

| | |
|---|---|
| **From:** | Pam Zam [pzam@dcshoes.com] |
| **Sent:** | Wednesday, November 10, 2004 12:08 PM |
| **To:** | Gizzi, Matt |
| **Subject:** | Re: Winter X 05 Deadlines |

Matt-
Approved.
Thanks
-Pam Zam


On 11/9/04 11:31 AM, "Gizzi, Matt" <Matt.Gizzi@espn.com> wrote:

> Hi Pam,
> Attached is the proof of the DC logo that you would like us to use for on-site signage. Please approve by replying back
> to this email or by signing and faxing it back to my attention 212-456-6774. If you have any questions please let me
> know
> Matt


**From:** Pam Zam [mailto:pzam@dcshoes.com]
**Sent:** Monday, November 08, 2004 8:27 PM
**To:** Gizzi, Matt
**Cc:** Roger Russell
**Subject:** Winter X 05 Deadlines

Matt-
Here's some info due today:

- PR: DC Shoes: Sally Murdoch 760-599-2999 x360
- On-Site Signage:DC Shoes: see attached (same as last year) signs were black with white logos

Please let me know if you need anything else.
Regards
-Pam Zam

11/10/2004

**From:** Roger Russell [mailto:roger.russell@quiksilver.com]
**Sent:** Monday, November 22, 2004 7:02 PM
**To:** Gizzi, Matt; Sullivan, Kathleen A.
**Subject:** Re: Winter X DC/Quik Breakdown

FYI...Approved by Quik as well..-RR


**From:** Pam Zam <pzam@dcshoes.com>
**Date:** Mon, 22 Nov 2004 15:30:09 -0800
**To:** "Gizzi, Matt" <Matt.Gizzi@espn.com>, "Sullivan, Kathleen A." <Kathleen.A.Sullivan@espn.com>
**Cc:** Roger Russell <roger.russell@quiksilver.com>
**Subject:** FW: Winter X DC/Quik Breakdown

Hi all-
Here's the email overview I received from Kim Neel and Bob Graf.
Please see in red below how DC and Quik will divide the package.
Please email me with any questions...as I will be out of the office until Dec 6th.
Thanks
-Pam Zam

# Television Overview

52 Winter X-Games Units (Flight begins 1/5)

ABC
4 live competition units  **DC/Quik**

ESPN (28 Total units)

20 live competition units DC/Quik
8 units to run in highlights/repeats/sportscenter DC/Quik

ESPN 2 (20 Total units)
20 Highlights/repeats/sportscenter DC/Quik

Once we get the Winter X 2005 event schedule, ESPN will endeavor to allocate live units in events appropriate for D/Q (DC/Quiksilver)

\* Any under delivery will be made good through a package of similar programming.

93 Total Vignettes/Sportscenter and ancillary inventory (Flight begins 1/5)

33 Prime and Weekend Units: DC/Quik
60 Total Promotional Vignettes: ESPN and ESPN2 DC/Quik: **our commercials should only be used with our athletes.**

  22- Day/Fringe (M-Sun 3a-7pm)
  18- Prime (M-Sun 7p-11:59pm)
   8- West Coast Prime (M-Sun 12a-3a)
  12- Weekend (S/S 12N-6:59pm)

This can be discussed between Pam and Kim, based on 26,317,000 P18-34 impressions.

Image Vignette Campaign runs 12/15-1/19
Footage Campaign begins 1/19 and leads up to the event

X Games Feature (TBD) DC/Quik
D/Q will have ability to run two brands in a Winter X on-air feature.
Ex. for D/Q to choose one from the following...
1. Stomped - Best trick brought to you by DC or Quik.
2. Tomorrow at X - Previews of upcoming X events.

Timing and placement of the feature is left to production's discretion. Each feature will run twice for a total of 4 on air Winter X Games features.

Rotation of graphic inserts DC/Quik (billboards)
Gold Only (Total number not guaranteed/added value) On screen Logo will appear for...
- Starting line-up
- Event information
- Various rules
- Qualifier line-up

# Radio Overview

DC/Quik

In lieu of 40 units on expn radio D/Q will receive two athlete interviews on air to talk about Winter X. These interviews will run in two places:
1. as part of EXPN Radio programming
2. as part of a tune-in message that would run across EXPN Radio

Athletes must be agreed on by both parties and delivered by DC/Quik

These interviews could run up to 10-15 times over a four week period. Conversely longer interviews can be cut and

run fewer times. Concept will be determined by production and client.

Total Radio impressions 11.1 million.

# Print Overview

- Spread in ESPN The Magazine "Winter X Preview" **DC**
- Spread and Full in EXPN. 500K distribution of 12-29 year olds. **Quik**

# Online Overview

Sponsor Index: all sponsors have a fixed logo on the sponsor index page and placed in alphabetical order. **DC/Quik**

Banner Rotation: sponsor creative will run through EXPN and ESPN.com during their flight to fulfill impression guarantees. **DC/Quik**

# Signage Overview

## *Gold Exclusive*

- Start Houses 3 venues(X, Slopestyle & Superpipe) One Brand per venue (per start house) **DC/Quik**
- Start backdrop "walls" 2 venues (Moto X and Snocross) One brand per venue **DC/Quik**
- Awards Stage: One brand **DC**
- Competitor Bibs: **Quik**
- JumboTron: One Brand **DC** (this is only the frame of the jumbotron, not the spots that run)
- Triangle Towers at base of Buttermilk: One or two brands **DC/Quik**
- Superpipe Height Meter Towers: **DC/Quik**

One or two brands

# Breakdown by Venue

**Base**
    Awards Stage*(Gold only)see above* **DC**
    JumboTron *(Gold only)see above* **DC**
    Triangle Towers at base of Buttermilk*(Gold only)see above* **DC/Quik**
    Entrance Truss: One brand only **Quik**
    Tent top signage: One or Two Brands **DC/Quik**
    All sponsor banner at VIP Events: One Brand **DC**

**Competition**

Superpipe (Men's-Snowboard and Ski. Women-Demo Only)

    Start Houses *(Gold only)see above* **Quik**
    Height Meter Towers *(Gold only)See above* **DC/Quik**
    Competitor Bibs *(Gold only)See above* **Quik**
    Course Signage: Two brands divided by percentages i.e.: 60% 20% 20%Or One Brand **DC/Quik 50/50**
        Finish Corral: Two brands by percentage or one brand **DC/Quik 50/50**

Snocross (Men's only)

    Start backdrop "wall" *(Gold only) See above* **Quik**
    Course Signage including tough blocks: Two brands divided by percentage or one brand **DC/Quik 50/50**

Moto X (Men's only)

    Start backdrop "wall" *(Gold only): see above* **DC**
    Course Signage: Two brands by percentage or One Brand **DC/Quik 50/50**
    Finish Corral: Two brands by percentage or One Brand **DC/Quik 50/50**


Slopestyle (Men's and Women's-Snowboard, Ski)

    Start House *(Gold only) See above* **Quik**
    Competitor Bibs *(Gold only) See above* **Quik**
    Course Signage: Two brands by percentage or one brand **DC/Quik 50/50**
    Course Gates: Two brands by percentage only **DC/Quik 50/50**
    Finish Corral: Two brands by percentage or one brand **DC/Quik 50/50**

X Course (Men's and Women's-Snowboard, Ski; Men's-Ultracross, Hillcross)

    Start House *(Gold only) See above* **Quik**
    Competitor Bibs *(Gold only-no bibs for Hillcross) See above* **Quik**
    Course Signage: Two brands by percentage or One Brand **DC/Quik 50/50**
    Course Gates: Two brands by percentage only **DC/Quik 50/50**
    Finish coral: Two brands by percentage or One Brand **DC/Quik 50/50**


** Based on '04 plan. This is tentative and subject to change.

# On-Site

- 20x20 sq Ft Interactive Village booth (Gold Only) Can be broken out by advertiser as two 10x10's **Quik**

- Jumbotron Spots: 1-2 Brands. Average One spot per hour **DC/Quik 50/50**

- Billboards: 1-2 Brands. Average One spot per hour **DC/Quik 50/50**

- PA Announcements: 1-2 Brands. Average One spot per hour **DC/Quik 50/50**

- Spread ad In Spectator guide 2, 1 page ads??? **DC and Quik each one page???**

- EXPN Pro-shop- Premier real-estate and promotion opportunity. To be discussed **DC/Quik**

- Exclusive demos/clinics and or athlete signings in the snow and skate park. TBD **DC/Quik**

# Hospitality

- 12 Full VIP Credentials DC/Quik 50/50

- 6 Rooms for 3 nights DC/Quik 50/50 (per our phone call today with Kathleen...I asked for 6 nights...we will have to pay)

- 6 coach round trip airfare DC/Quik 50/50

- 6 Daily VIP -day access only DC/Quik 50/50

** Best effort to purchase additional rooms in Aspen with the ESPN block at various hotels. Requests need to be submitted as soon as possible.

*** Current Hotel for sponsor VIP's is the Hotel Jerome.

------ End of Forwarded Message

------ End of Forwarded Message