06/30/2008  13:50    7147558290

*Memo Endo 5*
PAGE 02/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ESPN, INC., | | |
| | Plaintiff, | CIVIL NO.: 08 Civ. 4222 (CM) (MHD) |
| - vs - | | STIPULATION AND PROPOSED ORDER |
| QUIKSILVER, INC., | | |
| | Defendant. | |
| QUIKSILVER, INC., | | |
| | Counterclaimant, | |
| - vs - | | |
| ESPN, INC., | | |
| | Counterdefendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys for Plaintiff-Counterdefendant ESPN, Inc., and Defendant-Counterclaimant Quiksilver,

Inc., that the time for Plaintiff-Counterdefendant to answer or otherwise respond to the

Counterclaim in this action is hereby extended from July 9, 2008 to July 23, 2008. No previous

requests have been made by Plaintiff-Counterdefendant for an extension of time.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/2/08___

Dated: New York, New York
      June 30, 2008

NIXON PEABODY LLP                    LATHAM & WATKINS LLP

By: _____         By: _____
Frank W. Ryan (FR 0618)                 Mark A. Finkelstein (*admitted pro hac vice*)
Tamar Y. Duvdevani (TD 7603)            Jennifer L. Barry (*admitted pro hac vice*)
437 Madison Avenue                      650 Town Center Drive, Suite 2000
New York, New York 10022                Costa Mesa, California 92626
(212) 940-3710                          (714) 540-1235
*Attorneys for Plaintiff-Counterdefendant*   *Attorneys for Defendant-Counterclaimant*
ESPN, Inc.                              Quiksilver, Inc.

Dated _____7/2/08_____

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge