UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC.,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>QUIKSILVER, INC.,<br><br>　　　　　　　　Defendant.<br><br>QUIKSILVER, INC.,<br><br>　　　　　　　　Counterclaimant,<br>　v.<br>ESPN, INC.,<br><br>　　　　　　　　Counterdefendant. | 08 Civ. 4222 (CM) (MHD)<br>ECF Case<br><br>**DEFENDANT AND COUNTERCLAIMANT QUIKSILVER, INC.'S STATEMENT OF COMPLIANCE WITH RULE 6 OF JUDGE MCMAHON'S RULES GOVERNING ELECTRONIC DISCOVERY** |

Pursuant to Rule 6 of Judge McMahon's Rules Governing Electronic Discovery, defendant and counterclaimant Quiksilver, Inc. ("Quiksilver") hereby certifies that its Retention Coordinators have implemented the required procedures of that Rule, by taking the following steps:

　　　　A.　　The Retention Coordinators sent litigation hold letters to the identified custodians, and implemented the provisions of Quiksilver's Litigation Hold Policy.

　　　　B.　　The Retention Coordinators revised the settings of the email systems, in accordance with Quiksilver's Litigation Hold Policy, to ensure that 1) the emails of the custodians listed above are not deleted in the ordinary course of business, and 2) the electronic documents of those individuals will not be altered.

　　　　C.　　The Retention Coordinators reviewed the criteria in Quiksilver's MailFrontier program for spam/virus filtering to ensure that only non-responsive emails and attachments will be filtered out by those systems.

Dated: Costa Mesa, California
      July 9, 2008

LATHAM & WATKINS LLP

By:   /s/ Mark A. Finkelstein
    Kenneth Conboy (KC 1154)
    Jaron R. Shipp (JS 6365)
    885 Third Avenue, Suite 1000
    New York, New York 10022
    (212) 906-1200
    kenneth.conboy@lw.com
    jaron.shipp@lw.com

    Mark A. Finkelstein (MF 1040)
    650 Town Center Drive, Suite 2000
    Costa Mesa, California 92626
    (714) 540-1235
    mark.finkelstein@lw.com
    Admitted *pro hac vice*
    Jennifer L. Barry (JB 0245)
    600 West Broadway, Suite 1800
    San Diego, California 92101
    (619) 236-1234
    jennifer.barry@lw.com
    Admitted *pro hac vice*

    Attorneys for Defendant
    and Counterclaimant
    *Quiksilver, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System.

I further certify that on this same date, I caused the attached document to be hand delivered as a Chambers Copy to:

Hon. Colleen McMahon<br>
Daniel Patrick Moynihan U.S. Courthouse<br>
500 Pearl St., Room 640<br>
New York, NY 10007

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 9, 2008.

                                                  /s/ Mark A. Finkelstein
                                                  Mark A. Finkelstein