UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> QUIKSILVER, INC., <br><br> Defendant. <br><br> QUIKSILVER, INC., <br><br> Counterclaimant, <br><br> - vs - <br><br> ESPN, INC., <br><br> Counterdefendant. | CIVIL NO.: 08 Civ. 4222 (CM) (MHD) <br><br> PLAINTIFF-COUNTER-DEFENDANT'S STATEMENT OF COMPLIANCE WITH RULE 6 OF JUDGE MCMAHON'S RULES <u>GOVERNING E-DISCOVERY</u> |

Pursuant to Rule 6 of Judge McMahon's Rules Governing Electronic Discovery, Plaintiff-Counterdefendant ESPN, Inc. ("ESPN"), by its undersigned counsel, hereby states that ESPN is in compliance with Rule 6, and has:

(A) taken the steps to ensure that e-mail of the identified custodians shall not be permanently deleted in the ordinary course of business and that electronic documents maintained by the individual custodians shall not be altered; and

(B) provided to counsel for Defendant-Counterclaimant Quiksilver, Inc. notice as to the criteria used for spam and virus filtering of e-mails and attachments.

11078846.1

Dated: New York, New York
July 9, 2008

                    NIXON PEABODY LLP

                    By: _/s/ Tamar Duvdevani_

                    Frank W. Ryan (FR 0618)
                    fryan@nixonpeabody.com
                    Tamar Y. Duvdevani (TD 7603)
                    tduvdevani@nixonpeabody.com
                    437 Madison Avenue
                    New York, New York  10023
                    (212) 940-3000
                    (212) 940-3111

                    *Attorneys for Plaintiff-Counterdefendant
                    ESPN, Inc.*

11078846.1