UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPN, INC.,

                        Plaintiff,

        - vs -

QUIKSILVER, INC.,

                        Defendant.

**NOTICE OF APPEARANCE**

CIVIL NO.: 08 Civ. 4222 (CM)

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Enter my appearance as counsel in this case on behalf of plaintiff ESPN, Inc. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
        June 18, 2008

**NIXON PEABODY LLP**

By:   /s/ Eileen M. Cunningham
      Eileen M. Cunningham (EC-4819)
      ecunningham@nixonpeabody.com

437 Madison Avenue
New York, New York 10022
(212) 940-3000

*Attorneys for Plaintiff*
*ESPN, Inc.*

10244752.1