UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ESPN, Inc.,

                 08 Civ. 4222 (CM)(MHD)

           Plaintiff(s),

                 ORDER OF REFERENCE
   -against-                TO A MAGISTRATE JUDGE

Quiksilver, Inc.,

           Defendant(s).
------------------------------------------------X

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s):

[✓] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Specific Non-Dispositive Motion/Dispute:* _____

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Settlement*

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)

[ ] Inquest After Default/Damages Hearing

Particular Motion: _____

All such motions: _____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

* Do not check if already assigned for general pretrial.

Dated: 8/19/08
New York, New York

SO ORDERED:

/s/ Colleen McMahon

Hon. Colleen McMahon
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── X
Andrew L. Pinckney,

                   Plaintiff(s),

     -against-

Herts #18147, et al,

                  Defendant(s).
──────────────────────────────── X

07 Civ. 11310 (CM)(MHD)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | Particular Motion: Motion to Stop harrassment and retaliation, filed on July 25, 2008 |
| | All such motions:_____ |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

* Do not check if already assigned for general pretrial.

Dated: August 19, 2008
      New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge