UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPN, INC., <br><br>                                   Plaintiff, <br>    -against- <br><br> QUIKSILVER, INC., <br><br>                                 Defendant. | 08 Civ. 4222 (CM) (MHD) <br><br> **NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Quiksilver, Inc., in the above-captioned action:

       Sara Goldfarb
       Latham & Watkins LLP
       885 Third Avenue
       New York, New York 10022
       Telephone: (212) 906-1200
       Facsimile:   (212) 751-4864

Dated: August 29, 2008
       New York, New York                    LATHAM & WATKINS LLP

                                                              By:    /s/ Sara Goldfarb
                                                                         Sara Goldfarb
                                                                         885 Third Avenue, Suite 1000
                                                                         New York, New York  10022
                                                                          Telephone: (212) 906-1200
                                                                          Facsimile: (212) 751-4864

                                                                          *Attorneys for Defendant*
                                                                          *and Counterclaimant,*
                                                                          *Quiksilver, Inc.*